Rhode Island Department of Corrections

# REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden / Level 2, Director

From: (name) EDWARD EUGENE YOUNG SR — First Last MI — 73534 RIDOC ID #

Facility: (circle one) ISC HSC /MAX/ MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE / MAXIMUM Security

Grievance / Complaint: It is my Belief that, it is against my as well as the other inmates of this prison. State and Federal laws of Rhode Island, State and Constitutional rights; for you to take the Interest from the Inmates Accounts. to use for any reason, and I ask that this money of interest be place back in these Account that was took from the time of 2002 up to this Date;

3/2/06 Date — Edward Eugene Young SR Inmate's Signature

Date Recieved — Staff Member's Signature

## PART B - RESPONSE

Date Received — Signature - Associate Director Warden

Date — Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attach copy of previous Form (Informal Resolution Form).

April 5
May 17 2006

To: (circle one) /Level 1, Warden/ Level 2, Director

From: (name) EDWARD EUGENE YOUNG SR (First / Last / MI) 73534 RIDOC ID #

Facility: (circle one) ISC HSC /MAX/ MED MED II MIN WR WOM/DIX COM.COMF.

(2.17-3) 6/9/0?

### PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE / MAXIMUM SECURITY

Grievance / Complaint: THAT SINCE THE TIME OF OR AROUND 6/20/02. WHEN A POSTWAS PUT UP FOR THE INMATES ABOUT THE ( Inmates) can Deposit in out side commercial banks other then the prison bank; I have tried to do this new procedure and could not do so. Because the(RIDOC) Maximum Security Connselor's; Say that there isno paper work-- that they can do or have for this procedure. and if I wanted to Have this done, then I would have to go to my out side family Member's for this out side Banking when it is well stated in your prison policy. 2.17-2 page 12 of 16 # 10 Attachment----

3/2/06 Edward Eugene young Sr
Date Inmate's Signature

Date Recieved Staff Member's Signature

### PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

(1)

That this Policy and Procedure is in use with and by your counselor's ( RIDOC) and all of the counselor's. Do to this policy 2.17-2 should have the (BANKING--INTEREST--BEARING--SAVING'S ACCOUNTS) Different Option's for the Inmate's to choose from, when and how is best( to gain on there Interset for there money that be Deposited). for there Investments ( LIKE) U.S. Bonds or bearing shares, or etc; or just on Saving's alone, because the different Bank's do have higher and lower prime rate's; and have a way to open a saving's Account as a prisoner of the A.C.I. ( as like the prison policy do state); this should be done by the counselor's of this prison with out any problem's about it. But this can't be done by the counselor's as of yet, some fore Year's later of this prison policy and statement by ( RIDOC)

Edward eugene young SP

I.D. 73534