13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

From: (name) EDWARD EUGENE YOUNG SR (First, Last, MI) 73534 (RIDOC ID #)

Facility: (circle one) ISC HSC **MAX** MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE / MAXIMUM Security

Grievance / Complaint: It is my Belief that, it is against my as well as the other inmates of this prison. State and Federal laws of Rhode Island, State and Constitutional rights; for you to take the Interest from the Inmates Accounts. to use for any reason, and I ask that this money of interest be place back in these Account that was took from the time of 2002 up to this Date;

3/2/06 Date

Edward Eugene young Sr Inmate's Signature

Date Recieved

Staff Member's Signature

## PART B - RESPONSE

Date Received

Signature - Associate Director Warden

RIDOC Inmate Accounts is not a federal or state banking institution. It exists to help inmates conduct financial transactions. Interest on monies earned is transferred to the General Treasure's Fund. Inmates are free to open a commercial banking account as stated in policy #2177-3 "Inmate Accounts." Therefore, your grievance is denied.

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) **Level 1, Warden** Level 2, Director

From: (name) EDWARD EUGENE YOUNG SR (First / Last / MI) RIDOC ID #: 73536

Facility: (circle one) ISC HSC **MAX** MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE / MAXIMUM SECURITY

Grievance / Complaint: THAT SINCE THE TIME OF OR AROUND 6/20/02, WHEN A POSTING PUT UP FOR THE INMATES ABOUT HOW ( Inmates) can Deposit in out side commercial banks other than the prison bank; I have tried to do this new procedure and could not do so. Because the(RIDOC) Maximum Security Counselor's; Say that there isno paper work-- that they can do or have for this procedure. and if I wanted to Have this done, then I would have to go to my out side family Member's for this out side Banking. when it is well stated in your prison policy. 7.17-2 page 10 of 14 # 10 Attachment----

3/1/06 — Date

Edward Eugene Young Sr — Inmate's Signature

Date Recieved

Staff Member's Signature

## PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Policy, #7.17-2 clearly states that family members of inmates handle the paperwork involved in establishing commercial bank accounts. Therefore, your grievance is denied.

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate