Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: Level 1, Warden / Level 2, Director /
(circle one)

From: Edward Eugene Young Sr — 73534
(name) First Last MI — RIDOC ID #

Facility: ISC HSC / MAX / MED MED II MIN WR WOM/DIX COM.COMF.
(circle one)

PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE ? MAXIMUM SECURITY

/Grievance/ Complaint: THAT SINCE THE TIME OF /OR AROUND 6/20/02. when a post was put UP FOR THE INMATES ABOUT THE ( INMATES) CAN DEPOSIT IN A OUTSIDE COMMERCIAL BANK. OTHER THEN THE PRISON BANK. I HAVE TRIED TO DO THIS NEW PROCEDURE AND COUL NOT DO SO. BECAUSE THE ( RIDOC) MAXIMUM SECURITY COUNSELOR'S SAY THAT THERE IS PAPERWORK THAT THEY CAN DO OR HAVE FOR THIS PROCEDURE. AND IF I WANTED TO HAVE THIS DONE. THEN I WOULD HAVE TO GO TO MY OUTSIDE FAMILY MEMBER'S FOR THIS OUTSI BANKING WHEN IT IS WELL STATED IN YOUR PRISON POLICY. PAGE 12 of16 ç 10;2.17-2 ATTACHMENT------------

5/24/06 — Edward Eugene Young, Sr
Date — Inmate's Signature

Date Recieved — Staff Member's Signature

PART B - RESPONSE

Date Received — Signature - Associate Director Warden

Associate Director - Warden

Date

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

(1)

That this policy and procedure is in use with and by your counselor's ( RIDOC) and all of the counselor's. Do to this policy 2.17-2 should have the full ( Banking--Interest--Bearing---Saving's Accounts) Different Option's for the Inmate's to choose from, when and how is the best( to gain on there interest for there Money that be Deposited) for there Investment ( Like) the U.S. Bonds or Bearing Shares, Or etc; or just on saving's alone! Because the Different Bank's do have higher and lower prime rate's; and have a way to open a saving's Account as a prisoner of the ( A.C.I.) as **like the prison policy do state;** this should be done by the Counselor's of the prison with out any problem's about it, But this can't be done by the counseler's as of yet, some fore year's later of this prison policy 2.17-2 and statement by ( RIDOC). And I also do know of the policy 2.17-3 when you come to the grievance about the Banking matter, but even with that policy in Place of the 2.17-2. The ( A.C.I.) is still wrong and is still going against the Law of the State, because **WHAT ABOUT THE INMATE'S THAT DON'T HAVE A FAMILY OUT THERE OR ANY--ONE FOR THAT MATTERS!!!! " WHAT FORGET ABOUT THEM " THAT PERSON IS ME " SIR"** AND A LOT OF OTHER'S LIKE ME IN THIS PRISON. AND WE SHOULD ALSO HAVE THAT RIGHT AS WELL. I WANT A OUTSIDE BANK ACCOUNT AND CAN'T HAVE ONE, EVEN AFTER YOUR OWN POLICY SAY THAT I CAN. AND IN THAT CASE WE ARE RIGHT BACK AT THE BEGINING OF THIS ALL:

**I DO LOOK FORWARD TO YOUR ANSWER TO THIS GRIEVANCE, AND A RESOLUTION TO IT:**

Edward Eugene Young Sr

**EDWARD EUGENE YUOUNG SR, MAXIMUM SECURITY, ( P-2) DATE** 5/24/06

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden /Level 2, Director /

From : (name) EDWARD EUGENE YOUNG SR — First Last MI — 73534 RIDOC ID #

Facility: (circle one) ISC HSC /MAX / MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred : MEDIUM ONE /MAXIMUM SECURITY

Grievance/Complaint : KEEFE COMMISSARY NATWORK: THE INMATE'S STORE ORDER'S IS AGAINST THE STATE AND FEDERAL RHODE ISLAND LAW'S AND IS ALSO AGAINST THE INMATE'S CONSTITUTIONAL AND CIVIL RIGHTS. AS AN INCARCERATED INMATE, WE CAN NOT( FILE A STATE INCOME TAX W-2 FROM) TO GET A STATE REFUND: WHILE UNDER IMPRISONMENT AND WE AS INMATE'S CAN'T VOTE AS CITIZENS CAN ( UNDER IMPRISONMENT). SO IF THE INMATE'S ARE ABLE OR IS FORCED TO PAY A STATE SALES TAX. THEN IT IS THE STATE AND FEDERAL LAW THAT THE INMATE'S AND MYSELF HAS TO FILE THE PROPER INCOME TAX W-2 FORM'S AS REQUIRED BY THE STATE AND FEDERAL LAW'S OF RHODE ISLAND: AND SINCE THE INMATE'S

5/24/06 — Date | Edward Eugene Young, Sr — Inmate's Signature | ATTACHMENT

Date Recieved | Staff Member's Signature

**PART B - RESPONSE**

**Date Received** | **Signature - Associate Director Warden**

**Date** | **Associate Director - Warden**

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

(1)

STORE ORDER'S ARE TAXABLE ( **THAT IS INFACT OUT OF MY PRISON WORK WAGES) THEN I'D LIKE MY INTEREST ON MY ANNUAL INCOME IN THE STATES COMMERCIAL BANK HOLDINGS:** SEEING AS ( YOU AND KEEFE) **DO CLASSIFY THE INMATE"S TAX HOLDIND'S AND DO CHARGE THE INMATE'S AS ( LIKE NORMAL CITIZEN'S) WITH RIGHTS:** THE INMATE'S WOULD LIKE OUR SALES TAX REFUNDED ALONG WITH THE INTEREST THAT IS ON THAT MONEY. AND UNDER THE ISSUE OF THE KEEFE COMMISARY IT IS STATED---- THE PRICES ARE TO BE " SET " ( NOT ONLY TO THAT OF A RETAIL PRICE) BUT ALSO TO THE STANDARD IN WHICH THE INSTITUTIO INMATE'S WAGES ARE OF THE WORKING CLASS. THIS COMMISARY NETWORK ( KEEFE) IS NOT ONLY PRICE GOUGING BUT ALSO IS NOT PROVIDING FAIR PRODUCT'S " TO WHICH " MATCH OUR INSTITUTIONAL PAY WAGE'S OF THIS FACILITY AND/ OR THE PRISON SYSTEM, AND THIS SHOULD NOT GO ON:

EDWRARD EUGENE YOUNG SR, 73534 MAXIMUM SECURITY ( P-2)

Edward Eugene Young Sr

5/24/06

Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden /Level 2, Director /

From : (name) Edward Eugene Young Sr
First Last MI

73534
RIDOC ID #

Facility: (circle one) ISC HSC /MAX/ MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred : MEDIUM ONE / MAXIMUM SECURITY

/Grievance/Complaint : It is my Belief that, it is against my as well as the other inmate'S OF this prison. State and Federal Law's of Rhode Island,as well as all of the prison inmate's Constitutional rights; For you to take the interest from the Inmate's Account's. To use for any Reason, and I ask that this Money of Interest be place back in these Account's that was took From the time of 2002 up to this up coming Date;

5/24/06 Edward Eugene Young Sr
Date Inmate's Signature

Date Recieved Staff Member's Signature

PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Associate Director - Warden

Date

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate