2006-00[illegible]7

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

He Sent THIS To me

To: (circle one) Level 1, Warden / Level 2, Director

7/3/06

From: (name) Edward Eugene Young Sr — 735324
First / Last / MI / RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE & MAXIMUM SECURITY

Grievance/Complaint: THAT SINCE THE TIME OF FOR AROUND 6/20/02, when a post was put UP FOR THE REASONS ABOUT THE ( INMATES) CAN DEPOSIT IN A OUTSIDE COMMERCIAL BANK, OTHER THEN THE PRISON BANK, I HAVE TRIED TO DO THIS NEW PROCEDURE AND COULD NOT DO SO, BECAUSE THE ( RIDOC) MAXIMUM SECURITY COUNSELOR'S SAY THAT THERE IS N[O] PAPERWORK THAT THEY CAN DO OR HAVE FOR THIS PROCEDURE, AND IF I WANTED TO HAVE THIS DONE, THEN I WOULD HAVE TO GO TO MY OUTSIDE FAMILY MEMBER'S FOR THIS OUTSID[E] BANKING WHEN IT IS WELL STATED IN YOUR PRISON POLICY, PAGE 12 of16 & 10;2.17-2

5/24/06 — Date
Edward Eugene Young — Inmate's Signature — SEE ATTACHMENT

Date Recieved — Staff Member's Signature

### PART B - RESPONSE

Date Received — Signature - Associate Director Warden

Mr. Young, as you are aware, Rhode Island DOC policy 2.17-3 (Inmate Accounts) effective 06/09/03 no longer requires the counselors to assist inmates in opening a commercial bank account. The policy does however permit family members to assist you. Therefore, I will not be able to grant your request to have the counselors assist you. Your grievance is denied.

6/29/2006
Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

That this Policy and Procedure is in use with and by your counselor's ( RIDOC) and all of the counselor's. Do to this policy 2.17-2 should have the (BANKING--INTEREST--BEARING--SAVING'S ACCOUNTS) Different Option's for the Inmate's to choose from, when and how is best( to gain on there Interset for there money that be Deposited). for there Investments ( LIKE) U.S. Bonds or bearing shares, or etc; or just on Saving's alone, because the different Bank's do have higher and lower prime rate's; and have a way to open a saving's Account as a prisoner of the A.C.I. ( as like the prison policy do state); this should be done by the counselor's of this prison with out any problem's about it. But this can't be done by the counselor's as of yet, some fore Year's later of this prison policy and statement by ( RIDOC)

Edward Eugene young SR

I.D. 73534

Rhode Island Department of Corrections

# REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden / **Level 2, Director** (circled)

From : (name) Edward Eugene Young Jr
First / Last / MI
73534 RIDOC ID #

Facility: (circle one) ISC HSC **MAX** (circled) MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM [illegible] MAXIMUM SECURITY

**Grievance** (circled) / Complaint : It is my Belief that, it is against my as well as the other inmate'S OF this prison, State and Federal Law's of Rhode Island, as well as all of the prison inmate's Constitutional rights; For you to take the interest from the Inmate's Account's. To use for any Reason, and I ask that this Money of Interest be place back in these Account's that was took from the time of 2002 up to this up coming Date;

Date / Inmate's Signature

Date Recieved / Staff Member's Signature

### PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Mr. Young, the Rhode Island Department of Corrections Inmate Accounts is not a federal or state banking institution. It exists to help inmates conduct needed financial transactions and to maintain monies in escrow as required per Rhode Island General Laws. The individual inmate funds are held in a non-bearing interest account. All inmates are free to transfer monies to existing commercial banking accounts. Or they may have family members assist them in establishing an account. Upon your request the Department will forward monies to your commercial account, except for monies we are required to hold per Rhode Island General Laws. Monies held in a commercial banking institution may earn interest and the interest will remain with those funds. Your request for reimbursement of earned interest is denied.

Date / Associate Director - Warden

Distribution:
Level 1: White - Warden ; Canary - Dept. Griev. Coord. ; Pink - Inmate ; Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. ; Canary - Warden ; Pink - Inmate ; Goldenrod - Inmate

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

# REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden / Level 2, Director /

From: (name) EDWARD EUGENE YOUNG SR
First Last MI
73534
RIDOC ID #

Facility: (circle one) ISC HSC /MAX/ MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred: MEDIUM ONE /MAXIMUM SECURITY

Grievance/Complaint: [illegible] COMMISSARY NATWORK: THE INMATE'S STORE ORDER'S IS AGAINST THE STATE AND FEDERAL RHODE ISLAND LAW'S AND IS ALSO AGAINST THE INMATE'S CONSTITUTIONAL AND CIVIL RIGHTS, AS AN INCARCERATED INMATE, WE CAN NOT( FILE A STATE INCOME TAX W-2 FORM) TO GET A STATE REFUND: WHILE UNDER IMPRISONMENT AND WE AS INMATE'S CAN'T VOTE AS CITIZENS CAN (UNDER IMPRISONMENT). SO IF THE INMATE'S ARE ABLE OR IS FORCED TO PAY A STATE SALES TAX, THEN IT IS THE STATE AND FEDERAL LAW THAT THE INMATES AND PEOPLE HAS TO FILE THE PROPER INCOME TAX W-2 FORM'S AS REQUIRED BY THE STATE AND FEDERAL LAW'S OF RHODE ISLAND: AND SINCE THE INMATE'S ATTACHMENT

Date Inmate's Signature

Date Recieved Staff Member's Signature

## PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Mr. Young, per Rhode Island General Laws merchants doing business within the state are required to collect Rhode Island sales tax on those items which are taxable. Rhode Island Department of Corrections inmate grievance procedure clearly states that inmates cannot grieve state and federal laws. Therefore, I must deny your grievance.

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

STORE ORDER'S ARE TAXABLE ( **THAT IS INFACT OUT OF MY PRISON WORK WAGES) THEN** I'D **LIKE MY INTEREST ON MY ANNUAL INCOME IN THE STATES COMMERCIAL BANK HOLDINGS:** SEEING AS ( YOU AND KEEFE) **DO CLASSIFY THE INMATE"S TAX HOLDIND'S AND DO CHARGE THE INMATE'S AS ( LIKE NORMAL CITIZEN'S) WITH RIGHTS:** THE INMATE'S WOULD LIKE OUR SALES TAX REFUNDED ALONG WITH THE INTEREST THAT IS ON THAT MONEY. AND UNDER THE ISSUE OF THE KEEFE COMMISARY IT IS STATED---- THE PRICES ARE TO BE " SET " ( NOT ONLY TO THAT OF A RETAIL PRICE) BUT ALSO TO THE STANDARD IN WHICH THE INSTITUTIIC INMATE'S WAGES ARE OF THE WORKING CLASS. THIS COMMISARY NETWORK ( KEEFE) IS NOT ONLY PRICE GOUGING BUT ALSO IS NOT PROVIDING FAIR PRODUCT'S " TO WHICH " MATCH OUR INSTITUTIONAL PAY WAGE'S OF THIS FACILITY AND/ OR THE PRISON SYSTEM, AND THIS SHOULD NOT GO ON:

EDWRARD EUGENE YOUNG SR, 73534 MAXIMUM SECURITY ( P-2)

Edward Eugene Young Sr

5/24/06