UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG<br>Plaintiff, | : | |
| v. | : | C.A. No. 07-34S |
| A.T. WALL, individually and in his capacity as the Director of the Rhode Island Department of Corrections,<br>Defendants. | : | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Edward Eugene Young hereby moves to extend time to respond to Defendant A.T. Wall's motion to dismiss, filed on April 13, 2007, in the above-captioned matter. Plaintiff respectfully requests an extension of two weeks to respond to the motion. As the response is currently due on April 30, 2007, Plaintiff requests a new due date of Monday, May 14, 2007. Given that Defendant will not be prejudiced, and given the importance of the constitutional issues to be adjudicated, Plaintiff respectfully requests that the Court grant this motion to extend time. Defendant's counsel has assented to the requested extension.

Respectfully submitted,
PLAINTIFF EDWARD EUGENE YOUNG

By his Attorneys,

/s/ Andrew B. Prescott
Andrew B. Prescott (#3758)
Matthew J. Frankel (#7293)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax
aprescott@nixonpeabody.com

Dated: April 23, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I sent a copy of the within document via first class mail, postage prepaid, to the following persons, this 23d day of April, 2007:

Thomas A. Palumbo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Andrew B. Prescott