UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-34S |
| | : | |
| A.T. WALL, individually and in his capacity as the Director of the Rhode Island Department of Corrections | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Edward Eugene Young hereby moves for an additional two-week extension of time to file a response to Defendant A.T. Wall's Motion to Dismiss. Plaintiff's response is currently due on Monday, May 14, 2007. Due to, ***inter alia***, the fact that Defendant's ***res judicata***/collateral estoppel arguments require close review of the voluminous and relatively complex record in the preceding action, Plaintiff respectfully requests the extra time to prepare his response. Defendant's counsel, Attorney Tom Palombo, assents to Plaintiff's request for an additional two-week extension, and no party will otherwise be prejudiced. If the extension is granted, Plaintiff will submit the response on or before Tuesday, May 29, 2007.

Respectfully submitted,
PLAINTIFF EDWARD EUGENE YOUNG

By his Attorneys,

/s/ Andrew B. Prescott

Andrew B. Prescott (#3758)
Matthew J. Frankel (#7293)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax
aprescott@nixonpeabody.com

Dated: May 11, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I sent a copy of the within document via first class mail, postage prepaid, to the following persons, this 11th day of April, 2007:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Andrew B. Prescott