**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**EDWARD EUGENE YOUNG**
**Plaintiff**

**v.** **C.A. No. 07-34S**

**A.T.WALL, Individually and in his capacity as the Director of the Rhode Island Department of Corrections**
**Defendants**

**JOINT ~~PROPOSED~~ ORDER**

This civil action came before the Honorable Court, Judge William E. Smith, on July 6, 2007, on Defendant Wall's Motion to Dismiss Plaintiff Young's Complaint, Counts I-IV, pursuant to Fed. R. Civ. P. Rule 12(b)(6), and after hearing thereon and consideration thereof, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Defendant Wall's Motion to Dismiss is granted as to Count II, the Takings Claim under the U.S. Constitution's Fifth and Fourteenth Amendments;
2. Defendant Wall's Motion to Dismiss is denied as to Counts I and IV, the Federal and State Due Process Claims under the U.S. Constitution's Fourteenth Amendment and the R.I. Constitution's Article 1, Section 2;
3. The parties shall file supplemental memoranda as to the pending Motion to Dismiss Count III, the Takings Claim under the R.I. Constitution's Article 1, Section 16; Defendant Wall shall file his supplemental memorandum on or before July 25, 2007 and Plaintiff Young shall file his supplemental memorandum on or before August 10, 2007;
4. Defendant Wall shall file an Answer to Plaintiff Young's Complaint within ten (10) days of the Court's decision on the Motion to Dismiss Count III;

5. After the Court's decision on the Motion to Dismiss Count III, the Court may schedule a conference with counsel;

6. Prior to said conference, counsel shall confer on how the civil action should proceed before the Court.

Presented by:

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995

SIGNED @ PERMISSION T.A.P.

Andrew B. Prescott, Bar No. 3758
Matthew J. Frankel, Bar No. 7293
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-100
Fax: (401) 454-1030

Dated: July 13, 2007

ORDER:

William E, Smith
U.S. District Judge
7/16/07

ENTER:

Deputy Clerk