UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDWARD EUGENE YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-34 S |
| | ) | |
| A. T. WALL, Individually and in his capacity as the Director of the Rhode Island Department of Corrections, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

WILLIAM E. SMITH, United States District Judge.

Before the Court is Defendant Wall's Motion to Dismiss Count III of Plaintiff Young's Complaint, the Takings claim under the R.I. Constitution's Article 1, Section 16. In an Order dated July 16, 2007, this Court dismissed Plaintiff Young's Takings claim under the U.S. Constitution's Fifth and Fourteenth Amendments, and requested further briefing as to the State Takings claim. Having reviewed the parties' supplemental memoranda, which contain no support for the proposition that the State Takings Clause provides any greater protection than the Federal Takings Clause, the Court grants Defendant Wall's Motion to Dismiss the State Takings claim for the substantive reasons previously set forward by the Court on Plaintiff Young's Federal Takings claims in this matter and as set forth in Young v. Wall, 359 F. Supp. 2d 84 (D.R.I. 2005).

The parties are directed to file with the Court a Joint Motion for establishing a briefing schedule on the remaining Federal and State Due Process claims.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 6/3/08